DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
PEDRO VALENZUELA-VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PEDRO VALENZUELA-VARELA ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR. S-12-143 LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: June 12, 2012 <br> Time: 9:15 a.m. <br> Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, PEDRO VALENZUELA-VARELA by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, June 12, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case. It is further stipulated that the time period from the date of this stipulation, May 22, 2012, through and including the date of the new status conference, June 12, 2012, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 9, 2012                  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Courtney D. Fein
COURTNEY D. FEIN
Assistant Federal Defender
Attorney for Defendant
PEDRO VALENZUELA-VARELA

DATED: May 9, 2012                  BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney D. Fein for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set May 22, 2012, status conference shall be continued to June 12, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, May 17, 2012, through and including the date of the new status conference hearing, June 12, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. /
/ /

The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 21, 2012

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT