1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 (916) 498-5700

5 Attorney for Defendant
PEDRO VALENZUELA-VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-12-098 and CR. S-12-143 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| PEDRO VALENZUELA-VARELA ) | Date: June 12, 2012 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, PEDRO VALENZUELA-VARELA by and through his counsel, COURTNEY FEIN, Assistant Federal Defender that the status conference set for Tuesday, June 12, 2012, be continued to Tuesday, July 10, 2012, at 9:15 a.m., for status conference.

The reason for this continuance is to allow defense counsel additional time to review the petition in Cr.S.-12-143 and discuss it in detail with her client. It is further stipulated that the time period from the date of this stipulation, June 8, 2012, through and including the date of the new status conference, July 10, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

| | |
|---|---|
| DATED: June 8, 2012 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Courtney D. Fein<br>COURTNEY D. FEIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PEDRO VALENZUELA-VARELA |
| DATED: June 8, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Courtney D. Fein for<br>CHRISTOPHER HALES<br>MICHELE BECKWITH<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set June 12, 2012, status conference shall be continued to July 10, 2012, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, June 8, 2012, through and including the date of the new status conference hearing, July 10, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.

/////

/////

2

The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: June 11, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT